UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

Maraist v. Pegasus Builders et al (Plaintiff v. Defendant), Case No: 26-CV-80012

Maraist v. Pegasus Builders et al (Plaintiff v. Defendant), Case No: 26-CV-80285

Maraist v. Pegasus Builder et al (Plaintiff v. Defendant), Case No: 26-CV-80092

Floyd v. Macy's Retail (Plaintiff v. Defendant), Case No: 25-CV-81259

Portus Singapore v. Somfy (Plaintiff v. Defendant), Case No: 26-CV-80658

Pochette et al v. City of WPB et al (Plaintiff v. Defendant), Case No: 25-CV-81544

Edwards v. School Bd of Palm Beach (Plaintiff v. Defendant), Case No: 26-CV-80736

Serer v. Hankook (Plaintiff v. Defendant), Case No: 25-CV-81064

RSBC Real Estate v. M/Y Espada (Plaintiff v. Defendant), Case No: 26-CV-80036

_____(Plaintiff v. Defendant), Case No:_____

_____(Plaintiff v. Defendant), Case No:_____

_____(Plaintiff v. Defendant), Case No:_____

_____(Plaintiff v. Defendant), Case No:_____

_____(Plaintiff v. Defendant), Case No:_____

_____(Plaintiff v. Defendant), Case No:_____

_____(USA  v. Defendant), Case No:_____

_____(USA  v. Defendant), Case No:_____

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jeffrey T. Kuntz.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of _August 11, 2026_ for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE and ORDERED at _Fort Pierce_, Florida, in chambers this _11_ day of _August_, 2026.

_____
United States District Judge

c: All counsel of record/pro se parties